TRULINCS 81856053 - BADOOLAH, IMRAN - Unit: BRO-G-C

---

FROM: 81856053
TO:
SUBJECT: Letter to Judge Kiyo A. Matsumoto
DATE: 07/31/2017 06:39:04 PM

August 1, 2017



Honorable District Court Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  12201-1818

Criminal Case No. 12-CR-774 (KAM)

Dear Judge Matsumoto:

    I am writing this letter to you today out of a sense of desperation, and I hope that Your Honor can compassionately find it in your heart to help me to resolve my current situation here at MDC in Brooklyn. I am a United States citizen and I was arrested on December 17, 2012 for mortgage fraud.  I was incarcerated at that time for 17 days, was then granted bail, and I remained under house arrest for 50 continuous months, unable to leave my home, and I was fully compliant for that entire time.  During that period, even though I was imprisoned in my actual home, I suffered greatly, along with my entire family.  For example, my 78 year old father was forced at that time to do my laundry at a local laundromat, and consequently he injured himself and required two abdominal hernia operations, and I could not even bring him the local hospital.  Shortly after that my uncle, who I was very close to, passed away and I was not allowed to attend his funeral.  Most importantly, my wife, who resides in Saudi Arabia, gave birth to my 8th child there, who I have never seen, and I have also not seen my wife or 5 of my 7 other children in over 5 years.  The suffering of my family because of my absence and my detention has been indescribable.  In addition, I have also missed the marriages of 3 of my children, who were devastated by my not being there with them.

    On April 5, 2017, my former attorney, Camille O. Russell, was before Your Honor in your Court along with my new counsel, Joseph Kalida, to testify that Peter Bolen, my original prosecutor, had promised me time served as a tentative sentence for my crime.  That, Your Honor, is the only reason why I took the plea in the first place.  This promise by the government was not honored (and this could be corroborated by Attorney Russell who has proof of this promise), and I subsequently signed a plea for 47 months, and only did so because I was promised time served by Prosecutor Bolen.

    Your Honor, I have been suffering for 57 straight months.  I am respectfully requesting less than 30 months imprisonment, because in total I have already done almost 5 years of prison, house arrest, or detention. I would also request that I be allowed to serve the remainder of my sentence on house arrest again, as I was,

TRULINCS 81856053 - BADOOLAH, IMRAN - Unit: BRO-G-C
--------------------------------------------------------------------------------

or if not, I would like to go to Fort Dix Camp, to which I was recently designated. I would also like to respectfully ask Your Honor for some time credit for the time that I have already served. When I was arrested, the authorities confiscated my American passport and my Guyanese passport, my original Birth Certificate from Guyana, and my national GPOL certificate showing that I had legally changed my name to Sultan Imran Ismile Badoolah. I would like, upon my release, due to my United States citizenship, to be allowed to travel to Saudi Arabia and Morocco to visit with my immediate family members with no restrictions.

. Your Honor, I know that it sounds like I am asking for alot here, but I have suffered a great deal during the last 57 months. Please help me so that I can get on with my life and see my loved ones. I am very sorry for my actions which culminated in this criminal case, and I promise to you that I will never go astray again and I will continue to be law abiding at all times. I have learned an important and life changing lesson.

Thank you, Your Honor, for taking the time to read this letter, and I hope and pray for your mercy.

Sincerely yours,

*[signature]*

Imran Ismile Badoolah
#81856-053
Metropolitan Detention Center
80 29th Street
P.O. Box 329002
Brooklyn, New York 11232

Imran Badooluh
#81856053
N.D.C
837 2nd St
Brooklyn, N.Y. 11232

To

Honorable District Court
Judge Kiyo A Matsumoto
United State District Court
Easter District of New York
225 Cadman Plaza East
Brooklyn, New York 12201-1818

USMS

