

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PB
F. #2012R01001

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 11, 2017

<u>By ECF and Email</u>

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Imran Badoolah</u>
              <u>Criminal Docket No. 12-774 (KAM)</u>

Dear Judge Matsumoto:

      Following the filing of the defendant's August 1, 2017 letter in the above-captioned matter, the Court directed the government to contact the Bureau of Prisons ("BOP") to check on the status of the defendant's transfer to his designated federal correctional facility (Fort Dix). On August 10, 2017 and August 11, 2017, the undersigned corresponded via email with members of the legal staff at the BOP's MDC Brooklyn facility, where the defendant is currently in custody. In an email dated August 11, 2017, a member of the MDC legal staff confirmed that they would reach out to the U.S. Marshals to initiate the defendant's transfer to Fort Dix.

                          Respectfully submitted,

                          BRIDGET M. ROHDE
                          Acting United States Attorney

            By:    /s/ Peter W. Baldwin
                    Peter W. Baldwin
                    Assistant U.S. Attorney
                    (718) 254-6236

cc:    Joseph Kilada, Esq. (by ECF and email)